IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-375-GCM-DCK

| UFG HOLDINGS, LLC, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| JOHN R. HUNTER and DEMAYO LAW OFFICES, LLP, | ) |  |
| Defendants. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Nathan A. Huff, concerning Errol King, on August 17, 2021. Errol King seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Errol King is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: August 17, 2021

David C. Keesler
United States Magistrate Judge