IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UFG HOLDINGS, LLC, | |
|---|---|
| Plaintiff, | |
| v. | CIVIL ACTION NO. 3:21-CV-00375 |
| JOHN R. HUNTER and DEMAYO LAW OFFICES, LLP, | |
| Defendants. | |

## **ORDER**

Considering the Joint Motion to Dismiss Without Prejudice filed by Plaintiff, UFG Holdings, LLC, and Defendant, John R. Hunter:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff against Defendant, John R. Hunter, only, are hereby dismissed without prejudice, with each party to bear its own costs, and specifically reserving to Plaintiff all rights, claims, and causes of action which it may have against all other parties, defendants, and obligors whether named or unnamed in this litigation.

Signed: July 11, 2022

Graham C. Mullen
United States District Judge